# Exhibit 1

|   | Work | CRO Reg. No. |   | Infringing Uses |
|---|---|---|---|---|
| 1. | 10 Second Countdown | SR0000849974 | 1. | http://www.facebook.com/MLS/videos/416959982553626/ |
| 2. | A Possible Solution | SR0000684553 | 2. | https://www.youtube.com/watch?v=ty6D_2Mvvsc |
| 3. | Aerelius | SR0000853656 | 3. | https://www.youtube.com/watch?v=7boaQ14MJJk |
| 4. | After The Storm | SR0000905410 | 4. | https://www.lagalaxy.com/video/will-set-pieces-be-the-difference-between-la-and-seattle-insider-b-5573822566001 |
|   |   |   | 5. | https://www.lagalaxy.com/video/can-the-la-galaxy-brave-the-cold-at-centurylink-field-insider-brea-5573812258001 |
|   |   |   | 6. | https://www.mlssoccer.com/video/three-young-mls-players-primed-to-follow-in-deandre-yedlin-s-foots-5570032255001 |
|   |   |   | 7. | https://www.youtube.com/watch?v=Oi5FEdNkRK0 |
|   |   |   | 8. | https://www.youtube.com/watch?v=fU7GPc4JQnk |
|   |   |   | 9. | https://www.lagalaxy.com/video/la-galaxy-touch-down-in-portland-ahead-timbers-match-insider-on-lo-5573880244001 |
|   |   |   | 10. | https://www.youtube.com/watch?v=ls3C2queLyo |
| 5. | Ah Yeah | SR0000816166 | 11. | https://www.youtube.com/watch?v=KVIzlz4GCi4 |
|   |   |   | 12. | https://www.soundersfc.com/video/sounders-hold-first-ever-media-match-at-centurylink-field-6008723477001 |
| 6. | All Hope Is Gone | SR0000840688 | 13. | http://www.facebook.com/MLS/videos/340468141416350/ |
|   |   |   | 14. | http://www.twitter.com/MLS/status/1479508044438462471 |
| 7. | All In | SR0000931929 | 15. | https://www.mlssoccer.com/video/usa-mls2020-mag-01-6142077162001 |
|   |   |   | 16. | https://www.youtube.com/watch?v=lbMiyu_I3Ss |
| 8. | All Of Me | SR0000860953 | 17. | https://www.mlssoccer.com/video/bill-hamid-on-hometown-team-dc-united-is-everything-for-me-and-my-6029995944001 |
| 9. | Android Overthrow | SR0000831625 | 18. | http://www.twitter.com/MLS/status/1479508044438462471 |
|   |   |   | 19. | http://www.facebook.com/MLS/videos/340468141416350/ |
| 10. | Apache | SR0000864427 | 20. | https://www.youtube.com/watch?v=9ScP80Z927Y |
|   |   |   | 21. | https://www.youtube.com/watch?v=R6kIKmTmZ8A |
|   |   |   | 22. | http://www.facebook.com/MLS/videos/615816292419763/ |
|   |   |   | 23. | https://www.mlssoccer.com/video/mls-november-goals-of-the-month-v2-6209670925001 |
|   |   |   | 24. | https://www.mlssoccer.com/video/the-best-goals-in-mls-from-october-goals-of-the-month-6207765344001 |
|   |   |   | 25. | http://www.facebook.com/MLS/videos/384107706273753/ |
|   |   |   | 26. | https://www.youtube.com/watch?v=ljssNZyfKbQ |
|   |   |   | 27. | https://www.mlssoccer.com/video/all-the-best-goals-from-september-in-mls-goals-of-the-month-6197616048001 |
| 11. | Arp Dreams | SR0000928489 | 28. | http://www.twitter.com/MLS/status/1383820242598514695 |
|   |   |   | 29. | https://www.youtube.com/watch?v=F9gudFStT8w |
| 12. | Automata | SR0000878288 | 30. | https://www.youtube.com/watch?v=7boaQ14MJJk |
| 13. | Avalanche | SR0000826742 | 31. | https://www.lagalaxy.com/video/slo-mo-la-galaxy-u14-s-take-on-manchester-united-at-the-la-galaxy-5761049364001 |
|   |   |   | 32. | http://www.facebook.com/lagalaxy/videos/10155125224812035/ |
| 14. | Bad Ass Adventure | SR0000884083 | 33. | http://www.facebook.com/MLS/videos/742535252771058/ |
| 15. | Bad Boys | SR0000755686 | 34. | https://www.mlssoccer.com/video/highlights-montreal-impact-vs-sporting-kansas-city-may-10-2014-5579756448001 |
|   |   |   | 35. | https://www.cfmontreal.com/video/impact-0-3-sporting-kc-faits-saillants-highlights-5579791122001 |
|   |   |   | 36. | https://www.youtube.com/watch?v=K-aqlnAOOEg |
| 16. | Badass | SR0000878320 | 37. | https://www.lagalaxy.com/video/teaser-la-galaxy-vs-philadelphia-union-april-29-2017-5574313485001 |
|   |   |   | 38. | http://www.facebook.com/lagalaxy/videos/10154295940657035/ |
|   |   |   | 39. | https://www.youtube.com/watch?v=FxDhzGn9vjY |
|   |   |   | 40. | http://www.facebook.com/lagalaxy/videos/10154303373427035/ |

| | | | | |
|---|---|---|---|---|
| 17. | Balkan Business | SR0000856772 | 41. | http://www.instagram.com/p/CSIBzDtlVya |
| | | | 42. | https://www.whitecapsfc.com/video/re-max-move-of-the-match-smooth-moves-dajome |
| | | | 43. | http://www.facebook.com/whitecapsfc/videos/834429490799724/ |
| 18. | Bang | SR0000842553 | 44. | https://www.mlssoccer.com/video/dom-dwyer-and-the-uswnt-go-off-topic-at-the-fifa-16-launch-party-o-5570245137001 |
| | | | 45. | https://www.youtube.com/watch?v=Z-Jlp9OSKGs |
| | | | 46. | https://www.youtube.com/watch?v=WmOfhWQWido |
| 19. | Base Jumper | SR0000816168 | 47. | http://www.facebook.com/MLS/videos/486958458380181 |
| | | | 48. | https://www.lagalaxy.com/video/joe-tutino-and-cobi-jones-breakdown-win-over-real-salt-lake-6206308828001 |
| 20. | Battery | SR0000844388 | 49. | http://www.facebook.com/lagalaxy/videos/10155373572312035/ |
| | | | 50. | https://www.youtube.com/watch?v=m-TkvCEVBKI |
| | | | 51. | https://www.lagalaxy.com/video/representing-los-angeles-how-the-la-riot-squad-get-stubhub-center-5813720955001 |
| 21. | Beautiful Life | SR0000840511 | 52. | https://www.mlssoccer.com/video/first-pitches-singing-sensations-and-paintball-around-the-league-5570444170001 |
| | | | 53. | https://www.youtube.com/watch?v=yERD3gBgtbw |
| 22. | Being Human | SR0000928489 | 54. | https://www.mlssoccer.com/video/mls2020-mib-a-orl-mia-feat-nc-6170207356001 |
| 23. | Better Go | SR0000874976 | 55. | https://www.mlssoccer.com/video/big-moments-wild-finish-new-sj-coach-chris-leitch-s-first-cali-cla-5559838681001 |
| 24. | Big West Skye | SR0000311342 | 56. | https://www.youtube.com/watch?v=j1saBTWGQdg |
| 25. | Black Vanilla | SR0000844797 | 57. | https://www.mlssoccer.com/video/rivalry-week-empire-state-building-lights-up-blue-for-nycfc-5570210513001 |
| | | | 58. | http://www.facebook.com/lagalaxy/videos/10152931915057035/ |
| | | | 59. | https://www.youtube.com/watch?v=3xylS_MBPhs |
| | | | 60. | https://www.youtube.com/watch?v=LGrTt_ELBRo |
| | | | 61. | http://www.facebook.com/MLS/videos/10153426046548887/ |
| | | | 62. | https://www.youtube.com/watch?v=qgjZAsqzXUs |
| | | | 63. | http://www.facebook.com/lagalaxy/videos/10152892327382035/ |
| | | | 64. | https://www.youtube.com/watch?v=HL7oH2Xc3oM |
| | | | 65. | https://www.lagalaxy.com/video/keane-gerrard-husidic-and-delagarza-knock-down-signs-chevy-colorad-5573966555001 |
| | | | 66. | https://www.lagalaxy.com/video/robbie-keane-and-steven-gerrard-settle-the-score-chevy-colorado-5-5573975208001 |
| | | | 67. | https://www.lagalaxy.com/video/keane-gerrard-husidic-and-delagarza-bend-free-kicks-in-the-chevy-c-5573950711001 |
| 26. | Blockbuster | SR0000844797 | 68. | https://www.mlssoccer.com/video/all-goals-from-the-audi-2015-mls-cup-playoffs-knockout-round-5570257825001 |
| | | | 69. | https://www.youtube.com/watch?v=Tm3ZKz2Y_tM |
| 27. | Breakfast With You | SR0000864471 | 70. | http://www.instagram.com/p/BFCj08mBRT8 |
| | | | 71. | https://www.lagalaxy.com/video/celebrate-mother-s-day-with-the-la-galaxy-this-sunday-5574115396001 |
| | | | 72. | https://www.youtube.com/watch?v=RzDG0WIXGSg |
| 28. | Brownstone Hangout | SR0000844388 | 73. | https://www.lagalaxy.com/video/representing-los-angeles-the-story-of-the-angel-city-brigade-5825511783001 |
| | | | 74. | https://www.youtube.com/watch?v=7Xf-x4MMMqw |
| | | | 75. | http://www.instagram.com/p/BmzvGKlhN00 |
| 29. | Burning Soul | SR0000841281 | 76. | https://www.youtube.com/watch?v=G1KCNMqQ6Kg |
| 30. | California Chillin | SR0000850757 | 77. | http://www.facebook.com/lagalaxy/videos/2237035406517447/ |
| | | | 78. | https://www.youtube.com/watch?v=aa3aKQZ93sw |
| | | | 79. | https://www.lagalaxy.com/video/representing-los-angeles-tailgates-and-friends-one-woman-s-bond-wi-5822605381001 |
| 31. | Can You Hear Me? | SR0000875005 | 80. | https://www.youtube.com/watch?v=FOT8lDSGwYs |
| | | | 81. | http://www.facebook.com/lagalaxy/videos/10154084348157035/ |
| | | | 82. | http://www.facebook.com/lagalaxy/videos/10153895705612035/ |

| | | | | |
|---|---|---|---|---|
| | | | 83. | https://www.lagalaxy.com/video/highlights-the-best-of-alan-gordon-in-2016-5574259565001 |
| | | | 84. | https://www.youtube.com/watch?v=VTW8KE5tyBg |
| | | | 85. | https://www.lagalaxy.com/video/congrats-jvd-la-galaxy-sign-defender-jelle-van-damme-to-contract-e-5574256551001 |
| | | | 86. | https://www.youtube.com/watch?v=-1JC-zuOdc0 |
| | | | 87. | http://www.facebook.com/lagalaxy/videos/10154152370807035/ |
| | | | 88. | http://www.facebook.com/lagalaxy/videos/10153992914667035/ |
| | | | 89. | http://www.facebook.com/lagalaxy/videos/10153945880352035/ |
| | | | 90. | http://www.facebook.com/lagalaxy/videos/10154069656917035/ |
| | | | 91. | http://www.instagram.com/p/BOF6b_zA_1c |
| | | | 92. | http://www.facebook.com/lagalaxy/videos/10153977920187035/ |
| | | | 93. | https://www.lagalaxy.com/video/on-this-day-in-2016-the-la-galaxy-signed-jelle-van-damme-5574256547001 |
| | | | 94. | https://www.lagalaxy.com/video/highlights-the-best-of-jelle-van-damme-in-2016-5574262336001 |
| 32. | Champion | SR0000752337 | 95. | https://www.youtube.com/watch?v=Xno8VxHBiyA |
| 33. | Chronobreak | SR0000853656 | 96. | https://www.youtube.com/watch?v=noBif4_IYsM |
| 34. | Cinematic Hip Hop Reveal | SR0000718367 | 97. | https://www.youtube.com/watch?v=XrUFTQzTpbQ |
| | | | 98. | https://www.mlssoccer.com/video/dramatic-winner-keeps-lafc-undefeated-week-4-6029441568001 |
| 35. | City Of Harp | SR0000905409 | 99. | https://www.youtube.com/watch?v=fUogHVUyiK8 |
| | | | 100. | https://www.sjearthquakes.com/video/the-greatest-mls-cup-playoff-game-ever-playoff-moments-5859353924001 |
| | | | 101. | http://www.facebook.com/MLS/videos/739881686366868/ |
| | | | 102. | http://www.facebook.com/MLS/videos/746236985731338/ |
| | | | 103. | https://www.youtube.com/watch?v=DBlINUNJ7iM |
| | | | 104. | https://www.mlssoccer.com/video/the-greatest-mls-cup-playoff-game-ever-playoff-moments-5858973928001 |
| | | | 105. | http://www.facebook.com/MLS/videos/1090839357937764/ |
| | | | 106. | http://www.facebook.com/MLS/videos/1143544799333886/ |
| 36. | City Rap | SR0000200138 | 107. | https://www.youtube.com/watch?v=gCwMk5x9XiE |
| 37. | Clandestine | SR0000916188 | 108. | https://www.youtube.com/watch?v=MfumxlYiG2c |
| | | | 109. | https://www.youtube.com/watch?v=0SHi197Ptk0 |
| 38. | Conjure | SR0000928489 | 110. | http://www.facebook.com/MLS/videos/1062127530908983/ |
| 39. | Cool Body | SR0000843176 | 111. | https://www.youtube.com/watch?v=haDytQZR_D0 |
| | | | 112. | https://www.mlssoccer.com/video/draftkings-fantasy-player-of-the-month-for-october-2015-didier-dro-5570262741001 |
| | | | 113. | https://www.mlssoccer.com/video/jurgen-klinsmann-makes-squad-changes-ahead-of-usmnt-vs-switzerland-5570175973001 |
| 40. | Cursed | SR0000619410 | 114. | https://www.youtube.com/watch?v=LHEe63ksN3Y |
| | | | 115. | https://www.youtube.com/watch?v=TQhPtyhPiDY |
| | | | 116. | http://www.facebook.com/impactmontreal/videos/428389641328/ |
| 41. | Cut Off | SR0000857874 | 117. | http://www.facebook.com/MLS/videos/462045037732494/ |
| 42. | Day Of Reckoning | SR0000919397 | 118. | http://www.facebook.com/MLS/videos/462045037732494/ |
| | | | 119. | https://www.youtube.com/watch?v=AItPTEXO6t8 |
| 43. | Days Of Gloom | SR0000920858 | 120. | https://www.youtube.com/watch?v=VZIGLpC8DuU |
| | | | 121. | https://www.lagalaxy.com/video/goals-romain-alessandrini-nets-a-brace-vs-new-york-red-bulls-5574333867001 |
| | | | 122. | https://www.youtube.com/watch?v=z5pfSqg3NMU |
| | | | 123. | http://www.facebook.com/lagalaxy/videos/10154344645627035/ |
| | | | 124. | http://www.instagram.com/p/BUH4fuXlD3d |

| | | | |
|---|---|---|---|
| | | | 125. http://www.facebook.com/lagalaxy/videos/10154249130432035/ |
| | | | 126. https://www.lagalaxy.com/video/slo-mo-goal-romain-alessandrini-opens-scoring-against-montreal-5574304672001 |
| | | | 127. http://www.instagram.com/p/BSoZfKGD2Q0 |
| 44. | Deep | SR0000931646 | 128. https://www.youtube.com/watch?v=pTy45o0kakE |
| | | | 129. https://www.mlssoccer.com/video/mls2020-mib-01-vermes-6169723610001 |
| 45. | Deep And Dirty | SR0000752134 | 130. https://www.youtube.com/watch?v=ngRw1ZdIVB0 |
| 46. | Deflect and Reflect | SR0000695714 | 131. https://www.youtube.com/watch?v=7MqxXlSEgpg |
| 47. | Demolish | SR0000773527 | 132. https://www.youtube.com/watch?v=6JXkHhAqzTM |
| 48. | Direct Impact | SR0000718327 | 133. https://www.youtube.com/watch?v=rW77d5RT2h4 |
| 49. | Disciple | SR0000786225 | 134. http://www.facebook.com/chicagofire/videos/10153224582029789 |
| | | | 135. https://www.youtube.com/watch?v=uTRAavoFs2Y |
| 50. | Drop The Hammer | SR0000814648 | 136. https://www.mlssoccer.com/video/behind-the-scenes-sporting-kc-lifts-the-us-open-cup-5586552335001 |
| 51. | Drum Thunder | SR0000926537 | 137. https://www.youtube.com/watch?v=0Oh6SThscd8 |
| | | | 138. https://www.mlssoccer.com/video/usa-mls2020-hl-w02-6139916531001 |
| 52. | Dub Slam | SR0000755086 | 139. https://www.youtube.com/watch?v=VypuNP_E9Ts |
| 53. | Dunlop | SR0000842402 | 140. https://www.youtube.com/watch?v=uU5IuT_DNlA |
| | | | 141. https://www.mlssoccer.com/video/surprise-starters-and-benchwarmers-in-week-1-mls-now-5570163983001 |
| 54. | Dust Groove | SR0000779612 | 142. https://www.mlssoccer.com/video/portland-stay-perfect-sounders-get-first-win-mls-review-show-week-5570428892001 |
| | | | 143. https://www.youtube.com/watch?v=TNlqyrOYlr4 |
| | | | 144. https://www.youtube.com/watch?v=0kEK7KDGhSM |
| | | | 145. https://www.mlssoccer.com/video/mls-review-show-week-1-5570430180001 |
| | | | 146. https://www.youtube.com/watch?v=saKVnKUfVHM |
| | | | 147. https://www.mlssoccer.com/video/petke-s-snowy-debut-win-wondo-s-goonies-magic-mls-review-show-week-5570430259001 |
| | | | 148. https://www.youtube.com/watch?v=Jo9Dy-xCojs |
| | | | 149. https://www.mlssoccer.com/video/giovinco-s-back-in-form-mls-review-show-week-8-5570442506001 |
| 55. | Eilan's Oath | SR0000844805 | 150. https://www.mlssoccer.com/video/celebrating-father-s-day-hanging-with-jelle-van-damme-around-the-l-5559818818001 |
| | | | 151. https://www.youtube.com/watch?v=PU7FxeRNDcM |
| 56. | Electric | SR0000391789 | 152. http://www.instagram.com/p/BtuxfonjeKN |
| | | | 153. https://www.youtube.com/watch?v=0IVSm4NqVZc |
| | | | 154. https://www.lagalaxy.com/video/match-in-a-minute-la-galaxy-vs-toronto-fc-6000992031001 |
| 57. | Electroshock | SR0000816168 | 155. http://www.facebook.com/MLS/videos/294220194527615 |
| 58. | Every Day Is For You | SR0000842404 | 156. https://www.mlssoccer.com/video/maurice-edu-is-motivated-mls-insider-presented-by-adidas-5569903438001 |
| 59. | Fearsome Best | SR0000817163 | 157. https://www.mlssoccer.com/video/petke-s-snowy-debut-win-wondo-s-goonies-magic-mls-review-show-week-5570430259001 |
| | | | 158. https://www.youtube.com/watch?v=TNlqyrOYlr4 |
| 60. | Feel Alive | SR0000842553 | 159. https://www.lagalaxy.com/video/watch-all-of-landon-donovan-s-2014-goals-5573822242001 |
| | | | 160. http://www.facebook.com/MLS/videos/10152710023498887/ |
| | | | 161. https://www.youtube.com/watch?v=xvTYslw66k0 |
| | | | 162. https://www.youtube.com/watch?v=SsUpw7O3rdA |
| | | | 163. https://www.mlssoccer.com/video/90-the-best-highlights-from-week-28-of-the-2014-season-5570027451001 |
| 61. | Fellini's Rome | SR0000879411 | 164. http://www.facebook.com/MLS/videos/10153781222128887/ |
| | | | 165. https://www.mlssoccer.com/video/rachel-vs-rachel-mls-cup-edition-5570272943001 |

| | | | |
|---|---|---|---|
| | | | 166. https://www.youtube.com/watch?v=054ln4xbBLU |
| 62. | Fellini's Stories | SR0000879411 | 167. http://www.facebook.com/CozmoLaGalaxy/videos/813551932116003/<br>168. http://www.instagram.com/p/BQgGIU8DIEC<br>169. https://www.lagalaxy.com/video/la-galaxy-players-have-a-special-valentine-s-day-message-for-cozmo-5574277284001<br>170. https://www.youtube.com/watch?v=-9DidD5hXgo<br>171. https://www.youtube.com/watch?v=EMfYmopHaJs |
| 63. | Fight Club | SR0000841355 | 172. https://www.mlssoccer.com/video/red-bulls-clinch-playoff-spot-mls-review-show-week-31-5604209668001 |
| 64. | Fighting Heroes | SR0000891007 | 173. https://www.youtube.com/watch?v=Zaj0PvN67uY |
| 65. | Final Showdown | SR0000853656 | 174. https://www.youtube.com/watch?v=eKdc9VBah00 |
| 66. | Finale | SR0000782056 | 175. http://www.facebook.com/houstondynamo/videos/2043490745672285 |
| 67. | Finding Salvation | SR0000665378 | 176. https://www.youtube.com/watch?v=ty6D_2Mvvsc |
| 68. | Finish Line | SR0000891534 | 177. https://www.youtube.com/watch?v=2zrRgY-MUTM |
| 69. | Fire Walk | SR0000844388 | 178. https://www.youtube.com/watch?v=m-TkvCEVBKI |
| 70. | Fired Up | SR0000885027 | 179. https://www.youtube.com/watch?v=7TMrKj16or8 |
| 71. | Flatline | SR0000907142 | 180. https://www.youtube.com/watch?v=olC5hl8QT3w |
| 72. | Floating Emotion | SR0000788394 | 181. https://www.youtube.com/watch?v=kOomvbconqQ<br>182. https://www.youtube.com/watch?v=xu0mpPSkAz0 |
| 73. | Freaky Charly | SR0000843176 | 183. https://www.youtube.com/watch?v=tv6_gfkVOyQ |
| 74. | Fresh Air | SR0000700387 | 184. https://www.youtube.com/watch?v=kakRpwSDtdk |
| 75. | Fully Charged | SR0000809903 | 185. https://www.mlssoccer.com/video/all-11-of-cyle-larin-s-mls-goals-with-orlando-city-sc-5570227061001<br>186. https://www.youtube.com/watch?v=PQpLWu3OkdA |
| 76. | Funked Progress | SR0000814255 | 187. https://www.youtube.com/watch?v=VUHGtgADSiM |
| 77. | Funky Bonze | SR0000814184 | 188. https://www.youtube.com/watch?v=sJdcbpO_LdM |
| 78. | Future Bass Place | SR0000878310 | 189. https://www.mlssoccer.com/video/breaking-down-all-the-storylines-you-need-to-follow-for-the-2018-s-5742300535001 |
| 79. | Futureproof | SR0000782059 | 190. https://www.youtube.com/watch?v=PNtGYo3tQAU |
| 80. | Fuzzy Ladies | SR0000850757 | 191. https://www.youtube.com/watch?v=IS_1j0sntRI |
| 81. | Game Face On | SR0000890976 | 192. https://www.cfmontreal.com/video/bande-annonce-l-impact-visite-new-york-city-fc-ce-samedi-a-13h-sur-6022050593001<br>193. https://www.cfmontreal.com/video/bande-annonce-l-impact-visite-houston-samedi-a-17h-sur-tva-sports-6009868326001<br>194. https://www.cfmontreal.com/video/bande-annonce-l-impact-visite-orlando-city-sc-samedi-a-16h-sur-tva-6013464719001 |
| 82. | Gas Light | SR0000789375 | 195. https://www.youtube.com/watch?v=gY-4rPlg-UM |
| 83. | Get Grimey | SR0000844295 | 196. https://www.mlssoccer.com/video/nycfc-fight-back-in-hudson-river-derby-mls-review-show-week-17-5570477077001<br>197. https://www.youtube.com/watch?v=IJerVVqyIY8 |
| 84. | Get Them In The Line | SR0000874976 | 198. https://www.youtube.com/watch?v=ZA8PBOyOg8s |
| 85. | Ghetto Dreams | SR0000905191 | 199. https://www.lagalaxy.com/video/la-galaxy-throwback-challenge-extras-galaxythrowback-5574319961001<br>200. https://www.lagalaxy.com/video/la-galaxy-throwback-yo-yo-challenge-galaxythrowback-5574319950001<br>201. https://www.lagalaxy.com/video/la-galaxy-throwback-challenge-name-the-toy-galaxythrowback-5574313521001 |

| | | | |
|---|---|---|---|
| | | | 202. http://www.facebook.com/lagalaxy/videos/10154318257272035/ |
| | | | 203. https://www.youtube.com/watch?v=XN73YNPUjiE |
| | | | 204. https://www.youtube.com/watch?v=5NE9tPxoSS4 |
| | | | 205. https://www.youtube.com/watch?v=mdvlobz9aQA |
| 86. | Go As You Please | SR0000619407 | 206. https://www.whitecapsfc.com/video/jacobson-settling-into-new-life-in-vancouver-5577697212001 |
| | | | 207. https://www.youtube.com/watch?v=tfXbYy3en74 |
| 87. | Go Hard | SR0000859726 | 208. http://www.facebook.com/MLS/videos/603053860498457/ |
| 88. | Gonna Rage | SR0000916188 | 209. https://www.youtube.com/watch?v=gvmmiCuWmX0 |
| 89. | Good Day | SR0000864471 | 210. https://www.youtube.com/watch?v=XxwjiD-5Hz8 |
| | | | 211. https://www.lagalaxy.com/video/la-galaxy-host-women-in-soccer-series-at-stubhub-center-5574354011001 |
| | | | 212. https://www.lagalaxy.com/video/happy-earth-day-from-the-la-galaxy-5574321906001 |
| 90. | Grab The Chance | SR0000787449 | 213. https://www.mlssoccer.com/video/nani-and-orlando-city-gaining-confidence-and-momentum |
| 91. | Greenpoint Fresh | SR0000844388 | 214. https://www.lagalaxy.com/video/representing-los-angeles-the-la-galaxy-family-5828894678001 |
| | | | 215. http://www.instagram.com/p/BnHFpZthjIe |
| 92. | Gridiron Showdown | SR0000915004 | 216. https://www.youtube.com/watch?v=zIEyk_JoJUs |
| 93. | Hadouk | SR0000316670 | 217. http://www.instagram.com/p/BvC_M5ehsa0 |
| 94. | Happy Few | SR0000774487 | 218. https://www.youtube.com/watch?v=Os8DU-C5maY |
| | | | 219. https://www.lagalaxy.com/video/la-galaxy-x-port-lbc-collaborate-to-host-a-series-of-2018-fifa-wor-5801130535001 |
| 95. | Harlem Sunrise | SR0000844388 | 220. https://www.youtube.com/watch?v=aa3aKQZ93sw |
| | | | 221. https://www.lagalaxy.com/video/representing-los-angeles-tailgates-and-friends-one-woman-s-bond-wi-5822605381001 |
| 96. | Harmonium | SR0000356692 | 222. http://www.facebook.com/MLS/videos/579083945857575/ |
| 97. | Haze | SR0000914851 | 223. https://www.mlssoccer.com/video/usa-mls2020-hl-w08-6186321659001 |
| | | | 224. https://www.youtube.com/watch?v=gPy4vqGsXI0 |
| 98. | Heart Shine | SR0000906718 | 225. https://www.mlssoccer.com/video/cj-sapong-talks-philadelphia-union-s-early-season-success-mls-now-5570317039001 |
| 99. | Heroes Arise | SR0000814241 | 226. https://www.youtube.com/watch?v=JOEXLzsI8lU |
| | | | 227. https://www.mlssoccer.com/video/usa-mls2019-hl-cup-6102692702001 |
| 100. | Hero's Return | SR0000878321 | 228. https://www.mlssoccer.com/video/sounders-strike-first-go-inside-the-passion-drama-of-seattle-color-5570399295001 |
| | | | 229. https://www.youtube.com/watch?v=okjc8U8O6DI |
| 101. | High Rollin | SR0000921436 | 230. https://www.youtube.com/watch?v=7boaQ14MJJk |
| 102. | Hit The Track | SR0000752342 | 231. https://www.youtube.com/watch?v=vc_2fQQVcdc |
| | | | 232. https://www.rsl.com/video/highlights-rsl-at-municipal-august-4-2015-5573876538001 |
| 103. | Hold Da Vinyl | SR0000931579 | 233. https://www.youtube.com/watch?v=BVTG6z7TG7g |
| 104. | Home Coming | SR0000841884 | 234. http://www.facebook.com/fcdallas/videos/373051950595307/ |
| 105. | Hurried Man | SR0000628895 | 235. https://www.mlssoccer.com/video/montero-mls36-compressed-mov-5569270964001 |
| | | | 236. https://www.mlssoccer.com/video/mls-36-fredy-montero-5569279583001 |
| 106. | Hustle | SR0000844388 | 237. http://www.facebook.com/lagalaxy/videos/10153355320462035/ |
| | | | 238. https://www.lagalaxy.com/video/la-galaxy-2019-season-ticket-memberships-are-still-available-5829546175001 |
| 107. | Hydra | SR0000840688 | 239. http://www.twitter.com/MLS/status/1479508044438462471 |
| | | | 240. http://www.facebook.com/MLS/videos/340468141416350/ |

| | | |
|---|---|---|
| 108. I Got You | SR0000890976 | 241. https://www.mlssoccer.com/video/full-replay-columbus-crew-sc-vs-d-c-united-april-24-2019-6072740778001 |
| 109. I Still Care About Love | SR0000875005 | 242. http://www.facebook.com/MLS/videos/10155368423543887/<br>243. http://www.facebook.com/MLS/videos/10155482006483887/<br>244. https://www.youtube.com/watch?v=IVLF__SiZH8<br>245. https://www.youtube.com/watch?v=T6irwTbwXcc<br>246. https://www.youtube.com/watch?v=Gt-5lNjk5_c<br>247. https://www.youtube.com/watch?v=j-i2icUhGnM<br>248. https://www.youtube.com/watch?v=DdGJU2EoyX8<br>249. https://www.youtube.com/watch?v=lOblydhTFbM<br>250. https://www.youtube.com/watch?v=fWfhQUC0u3s<br>251. https://www.youtube.com/watch?v=F4ej5z_cvT0<br>252. https://www.youtube.com/watch?v=GD_qgS8xsyg<br>253. http://www.facebook.com/MLS/videos/10155841832898887/<br>254. https://www.lagalaxy.com/video/best-of-around-the-league-top-club-produced-content-of-the-2016-ml-5574251964001<br>255. https://www.youtube.com/watch?v=y6zuroHZbVU<br>256. https://www.youtube.com/watch?v=Bm28PTg_l7I<br>257. https://www.youtube.com/watch?v=AWY7AoJ_j5w<br>258. https://www.youtube.com/watch?v=WLA9maTPtHI<br>259. https://www.youtube.com/watch?v=BZdUHdfoCRs<br>260. https://www.youtube.com/watch?v=bUXw7GPQutw<br>261. https://www.youtube.com/watch?v=V89iUVPTGTw<br>262. https://www.youtube.com/watch?v=1t37vCWyxAg<br>263. https://www.youtube.com/watch?v=LnoHNHxNZ5s<br>264. https://www.youtube.com/watch?v=_mBhEtdy_p4<br>265. https://www.mlssoccer.com/video/best-of-around-the-league-top-club-produced-content-of-the-2016-ml-5570396029001<br>266. http://www.facebook.com/MLS/videos/10155669031738887/<br>267. http://www.facebook.com/MLS/videos/10155586380693887/<br>268. https://www.youtube.com/watch?v=sDJPY_qhUR8<br>269. https://www.youtube.com/watch?v=Ps95OVcm1cA<br>270. http://www.facebook.com/MLS/videos/10155728841143887/<br>271. https://www.youtube.com/watch?v=4rVhqTt3auo<br>272. https://www.youtube.com/watch?v=E4DFz8NEzZg<br>273. https://www.youtube.com/watch?v=FRpJ6LY-6yQ<br>274. https://www.youtube.com/watch?v=ITbcUd5bKgM<br>275. https://www.youtube.com/watch?v=u54y_19zOsg<br>276. https://www.youtube.com/watch?v=oDGHfKBVj9Y<br>277. https://www.youtube.com/watch?v=nyNKYXhzdIo<br>278. https://www.youtube.com/watch?v=ME4UcM-NTDo |
| 110. Ice Falling | SR0000923170 | 279. https://www.youtube.com/watch?v=q7BS7wYlU1I<br>280. https://www.mlssoccer.com/video/fishmongers-and-street-soccer-get-me-in-there-seattle-5570337665001<br>281. https://www.youtube.com/watch?v=07hb96QymY8 |
| 111. Idols | SR0000841455 | 282. https://www.houstondynamofc.com/video/tab-ramos-goals-and-highlights-in-mls-6097797682001<br>283. https://www.mlssoccer.com/video/mls-superdraft-2016-josh-turnley-georgetown-5570282191001<br>284. https://www.youtube.com/watch?v=ZN3i9dLnceo |

| | | |
|---|---|---|
| | | 285. http://www.facebook.com/lagalaxy/videos/10153202019417035/ |
| | | 286. https://www.mlssoccer.com/video/tab-ramos-goals-and-highlights-in-mls-5570192897001 |
| | | 287. https://www.mlssoccer.com/video/mls-superdraft-2016-josh-turnley-georgetown-5570263793001 |
| | | 288. http://www.twitter.com/HoustonDynamo/status/1187822386604892160 |
| 112. Ii Cucu | SR0000281584 | 289. http://www.facebook.com/MLS/videos/10155714695653887/ |
| | | 290. https://www.mlssoccer.com/video/pizza-with-valeri-hard-hitting-journalism-in-philly-around-the-lea-5577385800001 |
| | | 291. https://www.youtube.com/watch?v=JODoNdNbGp0 |
| 113. In & Out Of Fashion | SR0000879410 | 292. http://www.facebook.com/MLS/videos/10153509193478887/ |
| | | 293. https://www.youtube.com/watch?v=7j1aiY8yLzE |
| | | 294. https://www.mlssoccer.com/video/who-s-hot-who-s-not-at-mls-all-star-fashion-week-off-topic-with-ra-5570231837001 |
| 114. In Good Shape | SR0000864705 | 295. http://www.facebook.com/lagalaxy/videos/10153954945387035/ |
| | | 296. https://www.youtube.com/watch?v=8ZXjTbkbFbQ |
| | | 297. https://www.lagalaxy.com/video/how-does-cozmo-get-home-from-la-galaxy-games-he-takes-uber-5574202016001 |
| | | 298. https://www.lagalaxy.com/video/la-galaxy-visit-casa-herbalife-house-babylon-in-berlin-hallogalaxy-5574262369001 |
| 115. In March | SR0000844812 | 299. https://www.lagalaxy.com/video/la-galaxy-third-annual-la-galaxy-5k-foundation-5573924507001 |
| | | 300. https://www.youtube.com/watch?v=wM3IPMdz9BA |
| | | 301. https://www.mlssoccer.com/video/etihad-airways-player-of-the-month-nominees-august-5570241646001 |
| | | 302. https://www.mlssoccer.com/video/happy-father-s-day-mls-players-with-their-sons-and-daughters-5570206279001 |
| | | 303. https://www.youtube.com/watch?v=dwXvTaNbbJs |
| | | 304. https://www.lagalaxy.com/video/la-galaxy-go-11v11-during-training-galaxy-latest-5574035749001 |
| | | 305. http://www.facebook.com/lagalaxy/videos/10153214474457035/ |
| 116. In Motion | SR0000917451 | 306. https://www.youtube.com/watch?v=cJgY3hS1MQc |
| | | 307. https://www.mlssoccer.com/video/usa-mls2020-po-preview-v2-6210480041001 |
| 117. Indigo | SR0000842532 | 308. https://www.youtube.com/watch?v=eoxbk_60Dxk |
| 118. Inferno Of Disaster | SR0000884083 | 309. http://www.instagram.com/p/Bug7oTGA4vl |
| 119. Inner Island | SR0000850757 | 310. https://www.youtube.com/watch?v=m-TkvCEVBKI |
| | | 311. http://www.facebook.com/lagalaxy/videos/10155373572312035/ |
| 120. It All Comes Down To This | SR0000933215 | 312. https://www.youtube.com/watch?v=sBluoRLUcGY |
| 121. Ivory Coast | SR0000923792 | 313. https://www.youtube.com/watch?v=P9qCpKCx-OM |
| | | 314. https://www.mlssoccer.com/video/drogba-the-king-montreal-soccer-culture-the-movement-presented-by-5570335682001 |
| | | 315. http://www.facebook.com/MLS/videos/10154762045738887/ |
| | | 316. https://www.youtube.com/watch?v=JYMhQIJJMjU |
| | | 317. http://www.facebook.com/MLS/videos/10154303777988887/ |
| 122. Kaleidoscope | SR0000808794 | 318. https://www.youtube.com/watch?v=vJCS7qVkWGQ |
| 123. Keep Calm | SR0000920858 | 319. http://www.facebook.com/lagalaxy/videos/10152870881392035/ |
| | | 320. https://www.youtube.com/watch?v=aGDoAliN3f8 |
| | | 321. http://www.instagram.com/p/BVVh-OJlqkD |
| | | 322. http://www.facebook.com/lagalaxy/videos/10154428099457035/ |
| | | 323. https://www.lagalaxy.com/video/oooh-la-la-stubhub-center-installs-a-new-second-videoboard-5574353937001 |
| 124. Kickin Off | SR0000841355 | 324. https://www.mlssoccer.com/video/full-replay-cincinnati-vs-real-salt-lake-april-19-2019-6072738154001 |
| 125. King Foo | SR0000814184 | 325. https://www.youtube.com/watch?v=OY9Ad3vq0cc |

| # | Name | SR Number | Links |
|---|---|---|---|
| 126. | Kotown | SR0000844797 | 326. http://www.facebook.com/MLS/videos/10153632542478887/<br>327. https://www.youtube.com/watch?v=ar46gBJdGwM |
| 127. | La Visions | SR0000850757 | 328. http://www.facebook.com/lagalaxy/videos/10155386057002035/<br>329. https://www.youtube.com/watch?v=Ax_Y1hjtp1U |
| 128. | Lashes | SR0000631788 | 330. https://www.youtube.com/watch?v=JZtLmLVCpOw |
| 129. | Laudate | SR0000703691 | 331. https://www.youtube.com/watch?v=kOomvbconqQ |
| 130. | Lea | SR0000841278 | 332. https://www.mlssoccer.com/video/hristo-stoitchkov-goals-and-highlights-for-chicago-fire-and-d-c-un-5570196682001<br>333. https://www.mlssoccer.com/video/200421-best-of-hristo-stoichkov-6152387316001 |
| 131. | Leader | SR0000826282 | 334. https://www.youtube.com/watch?v=l-fWSnG-heg<br>335. https://www.mlssoccer.com/video/another-mls-attendance-record-week-2-6029440429001 |
| 132. | Leather Tomb | SR0000697350 | 336. https://www.youtube.com/watch?v=jwbdsooNdQs |
| 133. | Legacy | SR0000853006 | 337. https://www.mlssoccer.com/video/mls-returns-showcasing-younger-talent-week-1-6029438501001<br>338. https://www.youtube.com/watch?v=BfTvB-O1k4Q |
| 134. | Letting Loose | SR0000841482 | 339. http://www.facebook.com/MLS/videos/462045037732494/ |
| 135. | Light In The Darkness | SR0000878321 | 340. https://www.youtube.com/watch?v=fVuLlFR9hl4<br>341. https://www.mlssoccer.com/video/we-are-atlanta-united-5570420347001 |
| 136. | Light It Up | SR0000857874 | 342. http://www.facebook.com/MLS/videos/462045037732494/ |
| 137. | Light Tension Task | SR0000931953 | 343. https://www.youtube.com/watch?v=TOL2uptUoAM<br>344. http://www.facebook.com/MLS/videos/726155628692910/ |
| 138. | Lik | SR0000841456 | 345. https://www.youtube.com/watch?v=2t69gVCkOD0<br>346. https://www.youtube.com/watch?v=9cnpw3g8-4g<br>347. https://www.youtube.com/watch?v=8FDEFFA0tCo<br>348. https://www.youtube.com/watch?v=rikgzpZvi6Y<br>349. https://www.youtube.com/watch?v=2aO_VK7bjBY<br>350. https://www.mlssoccer.com/video/young-and-ambitious-the-2014-new-england-revolution-5569781144001<br>351. https://www.mlssoccer.com/video/previa-rumbo-la-copa-mls-2013-5569672721001 |
| 139. | Listen And Learn | SR0000906718 | 352. https://www.youtube.com/watch?v=in7uhAciWy8 |
| 140. | Lithium | SR0000782068 | 353. http://www.facebook.com/MLS/videos/542051599858320/ |
| 141. | Love You | SR0000878310 | 354. https://www.youtube.com/watch?v=3hT6ljM7Bi8 |
| 142. | Luminous Nights | SR0000774332 | 355. https://www.youtube.com/watch?v=BxBYOem_A7g |
| 143. | Magic Audio Army | SR0000905410 | 356. https://www.youtube.com/watch?v=RmqIb1OcwRo<br>357. http://www.facebook.com/lagalaxy/videos/10153235597972035/<br>358. https://www.lagalaxy.com/video/watch-the-best-of-ashley-cole-s-first-performance-for-the-la-galax-5574055700001<br>359. https://www.youtube.com/watch?v=LNfEBjk9y8U<br>360. https://www.lagalaxy.com/video/mlscup-mural-goes-up-in-downtown-la-5573836402001 |
| 144. | Martyr | SR0000717514 | 361. https://www.youtube.com/watch?v=NIMXtw1wBqY |
| 145. | Memories Of A Soul | SR0000878321 | 362. https://www.youtube.com/watch?v=fVuLlFR9hl4<br>363. https://www.mlssoccer.com/video/we-are-atlanta-united-5570420347001 |
| 146. | Messing Around | SR0000773148 | 364. https://www.lagalaxy.com/video/la-galaxy-host-golf-tournament-presented-by-san-manuel-casino-at-p-5803217995001<br>365. https://www.lagalaxy.com/video/la-galaxy-players-predict-who-will-win-the-world-cup-final-5809082155001 |

| | | | |
|---|---|---|---|
| | | 366. | http://www.facebook.com/lagalaxy/videos/10155344165817035/ |
| 147. | Milano Fashion Week | SR0000879410 | 367. https://www.mlssoccer.com/video/who-s-hot-who-s-not-at-mls-all-star-fashion-week-off-topic-with-ra-5570231837001 |
| 148. | Moonlight Sonata | SR0000878317 | 368. https://www.mlssoccer.com/video/fc-cincinnati-5791081085001<br>369. https://www.youtube.com/watch?v=EPap7GPgB2k<br>370. http://www.facebook.com/MLS/videos/10156433368828887/ |
| 149. | More Bounce | SR0000863315 | 371. https://www.cfmontreal.com/video/bande-annonce-jour-decisif-en-mls-ce-dimanche-contre-le-new-englan-5852894450001<br>372. http://www.instagram.com/p/BpU3DTsHSXI |
| 150. | Motivation | SR0000700387 | 373. https://www.mlssoccer.com/video/inside-soccer-monthly-july-2013-5570014482001 |
| 151. | My Motivation | SR0000890976 | 374. https://www.youtube.com/watch?v=JHLosl7cTrs |
| 152. | My Satellite | SR0000842553 | 375. http://www.facebook.com/MLS/videos/10153419515198887/<br>376. https://www.mlssoccer.com/video/all-aboard-the-hype-train-mls-young-guns-shine-mls-now-5570176001001<br>377. https://www.youtube.com/watch?v=eja-Kf5UIx4<br>378. https://www.youtube.com/watch?v=vYh3s3W2LMc<br>379. https://www.youtube.com/watch?v=vAtTex74gWw<br>380. https://www.mlssoccer.com/video/jurgen-klinsmann-names-us-national-team-roster-to-face-mexico-mls-5570182044001<br>381. https://www.mlssoccer.com/video/soccer-and-basketball-stars-come-together-at-the-steve-nash-founda-5570207352001 |
| 153. | New Beginnings | SR0000875005 | 382. http://www.instagram.com/p/BPzBZm8D0Rx<br>383. https://www.youtube.com/watch?v=aJAlb4jttB0<br>384. https://www.youtube.com/watch?v=gFSW9HbLk7c<br>385. https://www.lagalaxy.com/video/highlights-the-best-of-ashley-cole-in-2016-5574238162001<br>386. https://www.lagalaxy.com/video/the-best-of-ashley-cole-in-2017-5701369790001<br>387. http://www.facebook.com/lagalaxy/videos/10154072342582035/<br>388. https://www.lagalaxy.com/video/on-this-day-in-2016-the-la-galaxy-signed-ashley-cole-5574264514001<br>389. http://www.facebook.com/lagalaxy/videos/10153898081292035/<br>390. http://www.instagram.com/p/Bdf_tyHFGHS<br>391. http://www.facebook.com/lagalaxy/videos/10154919905902035/<br>392. http://www.instagram.com/p/BNh7X50gyWD |
| 154. | Next Level | SR0000716462 | 393. https://www.mlssoccer.com/video/keep-up-with-your-favorite-players-on-instagram-and-twitter-24-und-5570025842001 |
| 155. | Next to You | SR0000843103 | 394. https://www.youtube.com/watch?v=MCnplfe1hec<br>395. https://www.youtube.com/watch?v=pfjsRYgNI3o<br>396. https://www.lagalaxy.com/video/la-galaxy-land-in-kansas-city-pres-by-jlab-audio-5844537576001<br>397. https://www.lagalaxy.com/video/la-galaxy-travel-north-to-san-jose-on-the-road-presented-by-jlab-a-5803763059001<br>398. http://www.instagram.com/p/BohtsXunGQE<br>399. http://www.facebook.com/lagalaxy/videos/752878218388098/ |
| 156. | Night Stroll | SR0000928489 | 400. https://www.mlssoccer.com/video/rsl-play-the-villain-philly-get-vintage-andre-blake-more-in-conference-semifinal |
| 157. | Nightswag | SR0000842532 | 401. https://www.mlssoccer.com/video/etihad-airways-player-of-the-month-nominees-june-5570215047001<br>402. https://www.youtube.com/watch?v=TUm5zy6bDNE |
| 158. | Now Trending | SR0000883352 | 403. https://www.youtube.com/watch?v=pTy45o0kakE |
| 159. | Number One | SR0000718359 | 404. https://www.youtube.com/watch?v=8W9q3yvmCeg |
| 160. | NYC Electro Swing | SR0000879413 | 405. https://www.mlssoccer.com/video/everything-you-missed-in-week-30-on-extratime-live-driven-by-conti-5577381206001 |

| | | | |
|---|---|---|---|
| 161. | Olympian | SR0000694559 | 406. https://www.youtube.com/watch?v=lJcx1h1gRQM |
| 162. | Optimistic Trendy Rock | SR0000813790 | 407. https://www.sjearthquakes.com/video/watch-quakes-academy-player-mario-anaya-featured-on-telemundo-5576229389001 |
| 163. | Out Of Bounds | SR0000274119 | 408. https://www.youtube.com/watch?v=PhKDtIATDQM<br>409. http://www.facebook.com/houstondynamo/videos/10152822497211150 |
| 164. | Phoenix Rising | SR0000826282 | 410. https://www.mlssoccer.com/video/breaking-down-all-the-storylines-you-need-to-follow-for-the-2018-s-5742300535001 |
| 165. | Pizz and Bobs | SR0000839070 | 411. https://www.whitecapsfc.com/video/meet-the-man-behind-the-headband-globetrotting-bolanos-settling-in-5577738629001 |
| 166. | Pong Pong | SR0000814184 | 412. https://www.mlssoccer.com/video/dynamo-s-tyler-deric-takes-on-dolphins-jay-ajayi-at-the-ea-bowl-in-5570420291001 |
| 167. | Popcorn Fantasia | SR0000905409 | 413. https://www.youtube.com/watch?v=quSYVHDoOUI |
| 168. | Princess Of The Wind | SR0000878321 | 414. https://www.mlssoccer.com/video/all-access-watch-seattle-sounders-celebrate-their-first-ever-mls-c-5570395998001<br>415. https://www.youtube.com/watch?v=hNVqzVfWDj0 |
| 169. | Progression | SR0000842566 | 416. https://www.mlssoccer.com/video/mls-sum-careers-5570173096001<br>417. https://www.youtube.com/watch?v=ZvR8kib14U0<br>418. https://www.mlssoccer.com/video/bau-daigh-warrior-part-1-the-rise-of-bau-daigh-5570206298001 |
| 170. | Pursuit | SR0000694777 | 419. https://www.youtube.com/watch?v=kOomvbconqQ |
| 171. | Raise That Level Up | SR0000890976 | 420. https://www.youtube.com/watch?v=JHLosl7cTrs |
| 172. | Razor | SR0000254047 | 421. https://www.youtube.com/watch?v=QeYHbmHVx1M |
| 173. | Red Skies | SR0000698061 | 422. https://www.youtube.com/watch?v=vylGqPECBFk |
| 174. | Represent | SR0000826282 | 423. https://www.mlssoccer.com/video/breaking-down-all-the-storylines-you-need-to-follow-for-the-2018-s-5742300535001 |
| 175. | Respect | SR0000826282 | 424. https://www.mlssoccer.com/video/mls-returns-showcasing-younger-talent-week-1-6029438501001<br>425. https://www.youtube.com/watch?v=JHLosl7cTrs |
| 176. | Restless Wondering | SR0000920858 | 426. https://www.youtube.com/watch?v=HLrqydR4er0<br>427. https://www.lagalaxy.com/video/from-liverpool-to-los-angeles-episode-3-the-arrival-5573949689001<br>428. https://www.lagalaxy.com/video/from-liverpool-to-los-angeles-episode-4-the-unveiling-5573957312001<br>429. https://www.lagalaxy.com/video/landon-donovan-on-steven-gerrard-he-s-a-tremendous-player-from-liv-5573957299001<br>430. http://www.facebook.com/lagalaxy/videos/10152872582712035/<br>431. https://www.youtube.com/watch?v=scdX-zG_-0s<br>432. https://www.youtube.com/watch?v=aunY6v_pmmE<br>433. http://www.facebook.com/lagalaxy/videos/10152871481882035/ |
| 177. | Revolution | SR0000842575 | 434. http://www.facebook.com/lagalaxy/videos/10152881337847035/<br>435. https://www.lagalaxy.com/video/from-liverpool-to-los-angeles-episode-5-the-debut-5573955228001<br>436. http://www.facebook.com/lagalaxy/videos/10154431241602035/<br>437. https://www.lagalaxy.com/video/the-field-is-set-get-ready-for-the-la-galaxy-to-take-on-the-housto-5574356562001<br>438. https://www.youtube.com/watch?v=kOXkKHw_dIA<br>439. https://www.youtube.com/watch?v=5tRT3w171pY |
| 178. | Ripples In Time | SR0000877058 | 440. https://www.youtube.com/watch?v=7boaQ14MJJk |
| 179. | Rise Of The Downfall | SR0000850746 | 441. https://www.cfmontreal.com/video/bande-annonce-atlanta-accueille-portland-dans-la-finale-de-la-coup-5974816963001<br>442. http://www.facebook.com/ClubdeFootMTL/videos/626231297771695/<br>443. https://www.cfmontreal.com/video/bande-annonce-le-match-des-etoiles-v-juventus-sur-tva-sports-5815798003001 |
| 180. | Rising Emotions | SR0000716494 | 444. http://www.facebook.com/sanjoseearthquakes/videos/319682312343988/ |

| | | | |
|---|---|---|---|
| 181. | Rivals | SR0000783046 | 445. https://www.youtube.com/watch?v=B5LSO5ZTDvg |
| 182. | Rockstar | SR0000918752 | 446. https://www.youtube.com/watch?v=2zrRgY-MUTM |
| 183. | Rough Rider | SR0000814184 | 447. https://www.youtube.com/watch?v=dq1bHPX3hvw<br>448. https://www.youtube.com/watch?v=XAjBTJQDpZg |
| 184. | Run For Your Lives | SR0000723504 | 449. https://www.youtube.com/watch?v=NEKa-qEGqnw<br>450. http://www.instagram.com/p/B3ff2OkhYq0 |
| 185. | Running in Circles | SR0000694565 | 451. https://www.youtube.com/watch?v=g3z4W0hal4U |
| 186. | Salvia Seduction | SR0000695715 | 452. https://www.timbers.com/video/timbers-in-30-oct-18-2013-5581162155001 |
| 187. | Sciences | SR0000844797 | 453. https://www.lagalaxy.com/video/taste-of-stubhub-2015-5573980780001 |
| 188. | Scuzzbucket | SR0000698799 | 454. https://www.youtube.com/watch?v=vSSEmziFd90 |
| 189. | Search for Freedom | SR0000685670 | 455. https://www.youtube.com/watch?v=YOz9ehuB3-I |
| 190. | Shifting Gears | SR0000842566 | 456. https://www.mlssoccer.com/video/bau-daigh-warrior-part-2-bau-daigh-in-brazil-5570207337001<br>457. https://www.youtube.com/watch?v=IFFo-YL5OJY |
| 191. | Simplicity | SR0000864471 | 458. https://www.lagalaxy.com/video/support-the-ronald-mcdonald-house-at-lucaknowsheart-night-on-aug-2-5574202197001 |
| 192. | So Good Together | SR0000863013 | 459. https://www.youtube.com/watch?v=Oc7i3QnXjPY |
| 193. | Soccer Battucada | SR0000931613 | 460. http://www.facebook.com/MLS/videos/267880068334772/ |
| 194. | Soldier Of Fortune | SR0000717514 | 461. http://www.facebook.com/MLS/videos/10154955551008887/ |
| 195. | Space Garage | SR0000814230 | 462. https://www.youtube.com/watch?v=IJerVVqyIY8<br>463. https://www.mlssoccer.com/video/nycfc-fight-back-in-hudson-river-derby-mls-review-show-week-17-5570477077001 |
| 196. | Stadium Samba | SR0000843179 | 464. https://www.mlssoccer.com/video/espanol-la-llegada-de-frank-lampard-y-las-estrellas-de-mls-zona-mi-5569977945001<br>465. https://www.mlssoccer.com/video/ny-red-bulls-los-superlideres-y-boniek-garcia-encuentra-su-sonrisa-5569267333001<br>466. https://www.mlssoccer.com/video/guille-de-vuelta-a-la-mls-y-rumbo-a-brasil-2014-zona-mixta-5569255803001<br>467. https://www.mlssoccer.com/video/batalla-por-la-supremacia-y-quien-ganara-la-copa-abierta-de-los-ee-5569278486001<br>468. https://www.youtube.com/watch?v=EqBPZXix4YI<br>469. https://www.mlssoccer.com/video/ultima-ronda-de-eliminatorias-y-sporting-kc-rumbo-a-los-playoffs-z-5569287634001<br>470. https://www.mlssoccer.com/video/goleadas-en-la-mls-y-podra-panama-causar-un-aztecazo-zona-mixta-5569278127001<br>471. https://www.mlssoccer.com/video/golazo-en-8-segundos-y-piojo-herrera-al-rescate-zona-mixta-5569659471001 |
| 197. | Step Aside | SR0000779615 | 472. https://www.mlssoccer.com/video/audi-2021-mls-cup-playoffs-are-here-what-awaits<br>473. https://www.youtube.com/watch?v=pa00j_qzTmY |
| 198. | Sugar High | SR0000863866 | 474. https://www.youtube.com/watch?v=fVzmvoefZs0<br>475. https://www.mlssoccer.com/video/week-24-rewind-review-show-explains-it-all |
| 199. | Summer Heat | SR0000844388 | 476. http://www.instagram.com/p/BmzvGKlhN00<br>477. https://www.youtube.com/watch?v=7Xf-x4MMMqw |
| 200. | Super Fabius Games | SR0000859036 | 478. http://www.instagram.com/p/-PSQ-chRdK<br>479. https://www.youtube.com/watch?v=kkxG3OO-iX0<br>480. http://www.facebook.com/lagalaxy/videos/10153095795262035/<br>481. http://www.facebook.com/lagalaxy/videos/10151124239167035/ |
| 201. | Super Match | SR0000700201 | 482. https://www.youtube.com/watch?v=DIVSvYtld-U |
| 202. | Sweaty Dance Rock | SR0000841455 | 483. https://www.youtube.com/watch?v=qKNPZd2N7l4 |

| | | | |
|---|---|---|---|
| | | 484. | https://www.mlssoccer.com/video/top-5-goals-of-2014-volleys-year-in-review-5570106648001 |
| 203. Take A Chance | SR0000926542 | 485. | https://www.mlssoccer.com/video/real-life-skill-games-ep-6-brian-dunseth-vs-jamie-smith-5570245067001 |
| 204. Take Me To The Sea | SR0000842553 | 486. | https://www.youtube.com/watch?v=M1fgErh8msY |
| | | 487. | https://www.youtube.com/watch?v=8m97RLQgFik |
| 205. Take Your Time | SR0000875005 | 488. | https://www.youtube.com/watch?v=XbYKPTA6yvo |
| | | 489. | https://www.youtube.com/watch?v=rqE0bosxKQs |
| | | 490. | https://www.youtube.com/watch?v=1UPVdTxS1IE |
| | | 491. | https://www.youtube.com/watch?v=9_TcT_Fy4BA |
| | | 492. | https://www.youtube.com/watch?v=nBqVBM0TFXE |
| | | 493. | https://www.youtube.com/watch?v=J8sDlAH4U0Y |
| 206. Tech Life | SR0000847935 | 494. | https://www.youtube.com/watch?v=r76TmNIg7cc |
| | | 495. | http://www.facebook.com/lagalaxy/videos/189237701977442/ |
| | | 496. | https://www.lagalaxy.com/video/match-in-a-minute-la-galaxy-secure-vital-three-points-from-minneso-5851919439001 |
| | | 497. | http://www.instagram.com/p/BpQG4HrDi75 |
| 207. The Birth of Grace | SR0000842575 | 498. | https://www.youtube.com/watch?v=NbwFH_MFx3Y |
| | | 499. | http://www.facebook.com/lagalaxy/videos/10152890397567035/ |
| 208. The Brave | SR0000814330 | 500. | https://www.mlssoccer.com/video/behind-the-scenes-sporting-kc-lifts-the-us-open-cup-5586552335001 |
| 209. The Bridge | SR0000844388 | 501. | https://www.youtube.com/watch?v=XTXk7IHGuoI |
| 210. The Carnival Call | SR0000811659 | 502. | http://www.instagram.com/p/BkLnSx6h1XW |
| 211. The Dream Of A Lifetime | SR0000782055 | 503. | http://www.facebook.com/MLS/videos/2118788758384375/ |
| | | 504. | https://www.youtube.com/watch?v=iawJGlbOh3g |
| 212. The Drop | SR0000844295 | 505. | https://www.fcdallas.com/video/watch-get-set-for-fc-dallas-at-houston-dynamo-7-21-18-5810878230001 |
| | | 506. | http://www.facebook.com/fcdallas/videos/10155299044831152/ |
| 213. The Gardens | SR0000844388 | 507. | http://www.facebook.com/lagalaxy/videos/10155386057002035/ |
| | | 508. | https://www.lagalaxy.com/video/representing-los-angeles-how-a-taco-truck-unites-la-galaxy-fans-si-5816739358001 |
| | | 509. | https://www.youtube.com/watch?v=Ax_Y1hjtp1U |
| 214. The Greatest Challenge | SR0000636961 | 510. | https://www.mlssoccer.com/video/david-villa-400th-goal-tribute-5787157802001 |
| 215. The L Is Down | SR0000844388 | 511. | https://www.youtube.com/watch?v=IS_1j0sntRI |
| | | 512. | http://www.instagram.com/p/BmPVEiGh06O |
| | | 513. | https://www.lagalaxy.com/video/representing-los-angeles-how-one-family-bonds-over-the-la-galaxy-s-5819664380001 |
| | | 514. | http://www.facebook.com/lagalaxy/videos/10154400163507035/ |
| 216. The Punisher | SR0000698834 | 515. | https://www.whitecapsfc.com/video/battle-of-the-north-the-rivalry-is-real-5577780455001 |
| 217. They Don't Understand | SR0000914221 | 516. | https://www.youtube.com/watch?v=XrUFTQzTpbQ |
| 218. Timbeando | SR0000926512 | 517. | http://www.facebook.com/MLS/videos/539680363631776/ |
| 219. Time Flies | SR0000926526 | 518. | https://www.youtube.com/watch?v=0Oh6SThscd8 |
| 220. Too Deep | SR0000862564 | 519. | https://www.mlssoccer.com/video/usa-mls2020-mag-01-6142077162001 |
| | | 520. | https://www.youtube.com/watch?v=lbMiyu_I3Ss |
| 221. Tuff Tuff | SR0000905410 | 521. | http://www.instagram.com/p/BSM0RG5DGVn |
| | | 522. | http://www.instagram.com/p/BBqtZB_BRaI |
| | | 523. | http://www.facebook.com/lagalaxy/videos/10153241224867035/ |

| | | | |
|---|---|---|---|
| | | 524. | http://www.facebook.com/lagalaxy/videos/10154222095017035/ |
| | | 525. | https://www.youtube.com/watch?v=80eI-UKMx04 |
| | | 526. | https://www.lagalaxy.com/video/sebastian-lletget-thanks-fans-for-their-support-following-long-ter-5574296282001 |
| 222. Turn It Up | SR0000846119 | 527. | https://www.youtube.com/watch?v=9STHClsI2pg |
| 223. Twilight Party Starter | SR0000844814 | 528. | https://www.youtube.com/watch?v=PfnaI9q0kC4 |
| 224. Ultra HD | SR0000883352 | 529. | https://www.youtube.com/watch?v=9WxcswrLY-A |
| | | 530. | https://www.mlssoccer.com/video/usa-mls2020-hl-w06-6184115546001 |
| 225. United We Stand | SR0000853656 | 531. | https://www.mlssoccer.com/video/2018-fcc-brand-reveal-final-5941596349001 |
| 226. Unity | SR0000882383 | 532. | http://www.facebook.com/MLS/videos/2991166610935500/ |
| | | 533. | http://www.instagram.com/p/B7WVzh9hNOA |
| 227. Unstoppable | SR0000851350 | 534. | http://www.facebook.com/ClubdeFootMTL/videos/10156575385825979/ |
| | | 535. | https://www.cfmontreal.com/video/l-impact-affronte-new-york-city-fc-mercredi-au-yankee-stadium-5807132060001 |
| | | 536. | https://www.youtube.com/watch?v=ruXVpy8Tpn8 |
| 228. Upbeat Space Odyssey | SR0000861651 | 537. | https://www.youtube.com/watch?v=ugyxMIiyAN8 |
| 229. Uproarious | SR0000786228 | 538. | https://www.mlssoccer.com/video/harrison-braces-nyc-comeback-mls-review-show-week-9-5570444142001 |
| | | 539. | https://www.youtube.com/watch?v=E-AI6boQkkA |
| | | 540. | https://www.mlssoccer.com/video/nycfc-and-sporting-kc-climb-the-standings-mls-review-show-week-14-5570461737001 |
| | | 541. | https://www.mlssoccer.com/video/toronto-extend-east-lead-caps-shock-dallas-mls-review-show-week-21-5577364337001 |
| | | 542. | https://www.youtube.com/watch?v=gD7sHz6iGRI |
| | | 543. | https://www.youtube.com/watch?v=Sl86fQcoC0U |
| 230. Urban Backstreets | SR0000883337 | 544. | https://www.youtube.com/watch?v=D1h7Vjaztgs |
| 231. Urban Trouble | SR0000883337 | 545. | https://www.youtube.com/watch?v=T8vpjQigRvg |
| 232. Velvet Nights | SR0000850757 | 546. | https://www.houstondynamofc.com/video/houston-dash-makes-history-with-tigres-femenil-6093598004001 |
| 233. Vermeille | SR0000841278 | 547. | https://www.mlssoccer.com/video/heineken-rivalry-week-nycfc-and-new-york-red-bulls-ready-for-nyc-s-5570206342001 |
| 234. Very Catchy | SR0000685939 | 548. | https://www.youtube.com/watch?v=P86JjBiGlBs |
| 235. Victory Beckons | SR0000773263 | 549. | https://www.youtube.com/watch?v=BxBYOem_A7g |
| 236. Victory One | SR0000694559 | 550. | https://www.youtube.com/watch?v=uw6h4e0OVLA |
| 237. Walking Cat | SR0000814184 | 551. | https://www.mlssoccer.com/video/chris-wingert-feelin-the-flow-in-slc-beat-the-pro-pres-by-heineken-5631903733001 |
| 238. Walking The Walk | SR0000770805 | 552. | https://www.youtube.com/watch?v=in7uhAciWy8 |
| 239. Wanna Do | SR0000842389 | 553. | https://www.youtube.com/watch?v=ADmPfWwgZTs |
| 240. War is Coming | SR0000631838 | 554. | https://www.youtube.com/watch?v=LHEe63ksN3Y |
| | | 555. | https://www.youtube.com/watch?v=TQhPtyhPiDY |
| 241. Wardance | SR0000864427 | 556. | https://www.mlssoccer.com/video/the-best-goals-in-mls-from-october-goals-of-the-month-6207765344001 |
| | | 557. | https://www.youtube.com/watch?v=ljssNZyfKbQ |
| | | 558. | https://www.mlssoccer.com/video/mls-november-goals-of-the-month-v2-6209670925001 |
| | | 559. | https://www.youtube.com/watch?v=R6kIKmTmZ8A |
| | | 560. | https://www.mlssoccer.com/video/all-the-best-goals-from-september-in-mls-goals-of-the-month-6197616048001 |
| | | 561. | https://www.youtube.com/watch?v=9ScP80Z927Y |

| | | | |
|---|---|---|---|
| | | 562. | http://www.facebook.com/MLS/videos/384107706273753/ |
| | | 563. | http://www.facebook.com/MLS/videos/615816292419763/ |
| 242. Warp The Strings | SR0000920858 | 564. | http://www.instagram.com/p/BCg873gBRZ0 |
| | | 565. | http://www.facebook.com/lagalaxy/videos/10153277159972035/ |
| | | 566. | https://www.youtube.com/watch?v=l3jwCzPHGLs |
| 243. Waterfall Dream | SR0000703388 | 567. | https://www.mlssoccer.com/video/inside-soccer-monthly-may-2013-5570015395001 |
| 244. We Are Warriors | SR0000859833 | 568. | http://www.facebook.com/lagalaxy/videos/10155263511477035/ |
| | | 569. | https://www.lagalaxy.com/video/la-galaxy-to-celebrate-stubhub-center-s-15th-anniversary-at-match-5780403849001 |
| | | 570. | http://www.facebook.com/lagalaxy/videos/10155198026097035/ |
| | | 571. | https://www.youtube.com/watch?v=qnZ7O7Oyn0g |
| 245. We Are You Now | SR0000931681 | 572. | http://www.twitter.com/clubdefootmtl/status/1280590836175114240 |
| 246. We Could Be Kings | SR0000859833 | 573. | https://www.mlssoccer.com/video/behind-the-scenes-sporting-kc-lifts-the-us-open-cup-5586552335001 |
| 247. We'll Be Alright | SR0000813627 | 574. | https://www.mlssoccer.com/video/from-avaya-to-stanford-for-the-cali-clasico-get-me-in-there-san-jo-5570351729001 |
| 248. When I'm Next To You | SR0000906741 | 575. | https://www.mlssoccer.com/video/review-show-week-10-6188542825001 |
| | | 576. | https://www.youtube.com/watch?v=uiSUKaUpQhE |
| 249. Who's That | SR0000932037 | 577. | https://www.whitecapsfc.com/video/lg2-bell-whitecaps-tv30s-en-170302-0db-youtube-e9fywk-hd720p-mp4-5577775378001 |
| 250. Yolo Swag | SR0000845689 | 578. | https://www.sjearthquakes.com/video/watch-breaking-down-wondo-s-record-breaking-achievement-quakes-iq-6040347728001 |
| | | 579. | https://www.youtube.com/watch?v=5uTjvuKMsfk |
| 251. You Were Born for This | SR0000697437 | 580. | https://www.youtube.com/watch?v=YnTtyec5ztU |
| 252. Young Rookie | SR0000752755 | 581. | http://www.facebook.com/MLS/videos/10155115025768887/ |
| 253. Youngster Trends | SR0000905607 | 582. | http://www.facebook.com/MLS/videos/2844154432533966/ |
| | | 583. | https://www.mlssoccer.com/video/nashville-sc-s-dax-mccarty-explains-how-to-have-a-successful-mls-c-6212039206001 |