1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

| ASSOCIATED PRODUCTION MUSIC LLC, a New York limited liability company, | ) ) ) | CASE NO.: 2:23-CV-01173-SPG-PVC |
|---|---|---|
| Plaintiff, | ) ) ) ) | ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |
| v. | ) ) | Judge: Hon. Sherilyn Peace Garnett |
| MAJOR LEAGUE SOCCER, L.L.C., a Delaware corporation; et al., | ) ) ) ) | Complaint Filed: February 16, 2023 |
| Defendants. | ) | |

18
19
20
21
22
23
24
25
26
27
28

Upon consideration of the Joint Stipulation To Extend Time To Respond To Complaint filed by Plaintiff Associated Production Music LLC ("Plaintiff") and Defendant Utah Soccer LLC dba Real Salt Lake ("Defendant") (and, with Plaintiff, the "Parties") on March 15, 2023, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. Defendant is deemed to have been validly served with the summons and Complaint;

2. Defendant shall answer, move, or otherwise respond to the Complaint on or before May 24, 2023; and

3. Nothing herein shall be deemed to constitute a waiver of rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the Complaint in this Action.

**IT IS SO ORDERED.**

DATED: March 15, 2023

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT COURT JUDGE