UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED PRODUCTION MUSIC LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MAJOR LEAGUE SOCCER, L.L.C., a Delaware corporation; et al.,<br><br>Defendants. | CASE NO.: 2:23-CV-01173-SPG-PVC<br><br>ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT<br><br>Judge: Hon. Sherilyn Peace Garnett<br><br>Complaint Filed: February 16, 2023 |

Upon consideration of the Joint Stipulation To Extend Time To Respond To Complaint filed by Plaintiff Associated Production Music LLC ("Plaintiff") and Defendants Major League Soccer, L.L.C., Dynamo Soccer, LLC, Anschutz L.A. Soccer, Inc. dba LA Galaxy, Peregrine Sports LLC, Seattle Soccer LLC, Free 2 Play L.P., Vancouver Whitecaps FC L.P., and Earthquakes Soccer, LLC ("Defendants") (and, with Plaintiff, the "Parties") on March 15, 2023, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. Defendants are deemed to have been validly served with the summons and Complaint;

2. Defendants shall answer, move, or otherwise respond to the Complaint on or before May 24, 2023; and

3. Nothing herein shall be deemed to constitute a waiver of rights, defenses, objections or any other application to any court that any party may have with respect to the claims set forth in the Complaint in this Action.

**IT IS SO ORDERED.**

DATED: March 15, 2023

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT COURT JUDGE